

ORIGINAL

FILED

08/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0280

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0280

IN RE THE MATTER OF:

LORA JEAN OSTER,

    Petitioner and Appellee,

v.

JON KURTIS OBLINGER,

    Respondent and Appellant.

FILED

AUG - 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

The record was filed for purposes of this appeal on May 3, 2024. Appellant did not timely file an opening brief, and on June 19, 2024, this Court ordered that Appellant prepare, file, and serve the opening brief no later than July 19, 2024. Nothing further has been filed.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to Jon Kurtis Oblinger and to all counsel of record.

DATED this ___ day of August, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices